IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:12CR352 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DANIEL APONTE, | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the court on the defendant Daniel Aponte's Motion to Withdraw and for Appointment of Counsel (#63). The government has filed an objection to Motion to Withdraw (#66). Defendant's motion is denied without hearing.

A review of the docket in this case shows the defendant entered a plea on April 15, 2013 (#60) and sentencing was set for July 13, 2013 at 2:30 P.M. (#61). The interests of justice are best served in this case by defense counsel's continued representation of the defendant through sentencing.

**IT IS ORDERED:** Defendant's Motion to Withdraw and for Appointment of Counsel (#63) is denied without hearing.

Dated this 3rd day of May 2013.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge