IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR352 |
| | ) | |
| V. | ) | |
| | ) | |
| DANIEL APONTE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant has filed a motion requesting an extension of time in which to file a motion under 28 U.S.C. § 2255. (Filing 114.) Defendant's request for an extension of time will be denied because this Court does not have jurisdiction until a § 2255 motion has actually been filed, and Defendant's motion for extension of time cannot be liberally construed as a § 2255 motion. See *Green v. United States*, 260 F.3d 78, 82-83 (2d Cir. 2001).

Defendant's motion also requests that he be appointed counsel. However, because a § 2255 motion has yet to be filed, Defendant's request will be denied at this time as premature.

The Clerk of Court shall provide a copy of this order to Defendant.

**IT IS SO ORDERED.**

**DATED May 14, 2014.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**