## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.   8:12CR352** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DANIEL APONTE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion for an extension of time (Filing No. 123) to file a response to the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion") (Filing No. 118) pursuant to the Court's Order (Filing No. 119).

The government requests that the Court extends its response deadline of September 2, 2014, to October 2, 2014.  The Court will grant the motion and will extend all subsequent deadlines previously set in this matter.

IT IS ORDERED:

1.     The government's Motion to Extend (Filing No. 123) is granted;

2.     On or before October 2, 2014, the government will answer the claims as previously ordered;

3.     On or before November 3, 2014, the defendant may file his responsive brief; and

4.     The Clerk is directed to mail a copy of this Order to the defendant at his last known address.

DATED this 13th day of August, 2014.

BY THE COURT:


s/Laurie Smith Camp
Chief United States District Judge