# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.   8:12CR352** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **DANIEL APONTE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The above-named Defendant is seeking relief under 28 U.S.C. § 2255 and is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska. Accordingly,

IT IS ORDERED:

1.    The Federal Public Defender for the District of Nebraska is appointed, and shall promptly enter an appearance as counsel for the above-named defendant;

2.    The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and to the appointed attorney; and

3.    The Clerk shall mail a copy of this order to the defendant at his address of record.

DATED this 17th day of December, 2014.

BY THE COURT:


s/Laurie Smith Camp
Chief United States District Judge