IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>                    Plaintiff,        )<br>                                                     )<br>    vs.                                          )<br>                                                     )<br>DANIEL APONTE,                     )<br>                                                     )<br>                    Defendant.     ) | Case No. 8:12CR352<br><br>ORDER |

This case is before the court on the defendant's filing No. 141, which the court deems to be a motion to terminate court-appointed counsel and to proceed pro se. The defendant has also filed a brief (#142), setting out his legal position and arguments regarding his 28 U.S.C. § 2255 Motion to Vacate (#118). After becoming aware of the defendant's above-mentioned filings, his court-appointed attorney, Joseph L. Howard filed a Motion to Withdraw (#139).

After consideration of the above pending motions,

**IT IS ORDERED:**

1. Attorney Joseph L. Howard's Motion to Withdraw as attorney (#139) is granted and defendant's motion (#141) is granted, and defendant will proceed pro se.

2. Defendant's brief date set by court Order (#135) for March 16, 2015, is vacated as defendant has filed his brief (#142). The government is given until **March 24, 2015,** to file a response to the defendant's brief (#142).

3. After the government's brief has been filed, the court will order further progression of defendant's § 2255 motion.

4. The Clerk is directed to forward a copy of this Order to defendant Daniel Aponte at his last-known address, and as he is now pro se, he is ordered to inform the Clerk of any change in address.

Dated this 5th day of March 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge